PEABODY COAL COMPANY,
Petitioner–Cross–
Respondent,

and

Old Republic Insurance Company,
Petitioner, .

v.

Anabelle SPESE, Widow of John Spese,
Respondent–Cross–Petitioner,

and

Director, Office of Workers' Compensation
Programs, United States Department of
Labor, Respondent–Cross–Respondent.

Nos. 95–1687, 95–1709.

United States Court of Appeals, ·
Seventh Circuit.

Nov. 25, 1996.

Before CUMMINGS, ESCHBACH and
DIANE P. WOOD, Circuit Judges.

### ORDER

On consideration of the petition for rehearing with suggestion for rehearing *en banc* filed by petitioners, cross-respondents and respondent–cross–petitioner on October 15, 1996, a vote of the active judges of the court was requested. A majority of the judges in regular active service voted to rehear this case *en banc.* Accordingly,

IT IS ORDERED that rehearing *en banc* be, and the same is hereby, GRANTED.

IT IS FURTHER ORDERED, that the opinion entered in this case on August 29, 1996, 94 F.3d 369, be, and is hereby, VACATED.

This case will be reheard *en banc,* December 18, 1996.